# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRYAN CAPPELLETTI, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:04-CV-1103 CAS |
| JACK HENRY AND ASSOCIATES, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the motion of plaintiff's appointed counsel for reimbursement of expenses incurred in representing plaintiff. Counsel seeks reimbursement from the Attorney Admission Fee Non-Appropriated Fund for expenses incurred for deposition transcripts and to obtain copies of plaintiff's files from the Missouri Commission on Human Rights, in the total amount of $1,454.45. Counsel's request is accompanied by receipts and invoices.

Reimbursement of allowable expenses is closely governed by the Administrative Order dated February 24, 2004, titled "Regulations Governing the Disbursement of Funds from the Non-Appropriated Fund for Attorney's Fees and Out-of-Pocket Expenses Incurred by Attorneys Appointed to Represent Indigent Parties in Civil Proceedings Pursuant to 28 U.S.C. § 1915(e)," ¶ 1 (the "Regulations"). Under the Regulations, the judge to whom the case is assigned is authorized to approve reimbursements not to exceed $2,500.00. Id., ¶ B. 2. As a threshold matter, requests for reimbursement are to be filed within sixty (60) days after the entry of judgment in a civil case, and "shall be accompanied by sufficient documentation to permit the court to determine that the request is appropriate and reasonable and that the amounts for expenses were actually paid out." Id., ¶ C.1.

With the standards of the applicable Regulations in mind, the Court turns to the specific items of expense for which reimbursement is sought.

Deposition Transcripts.

Counsel seeks reimbursement for deposition transcripts and associated expenses in the amount of $1,450.10. The Regulations provide,

> The costs of transcripts or depositions shall not exceed the regular copy rate established by the Judicial Conference of the United States and in effect at the time any transcript or deposition [currently $3.30] was filed unless some other rate was previously approved by order of court. Except as otherwise ordered by the court, only the cost of the original of any transcript or deposition together with the cost of one copy each where needed by counsel will be authorized.

Regulations, ¶ D.2.

Counsel seeks reimbursement for two depositions in the amounts of $373.50 and $1,076.60. The cost of the first deposition and related expenses including copying and shipping will be allowed in total. The second deposition was billed at the page rate of $3.40 per hour, and thus exceeds the regular copy rate established by the Judicial Conference of the United States by ten cents per page. The cost of the second deposition will therefore be reduced by $27.90, representing 279 pages at ten cents per page, and will be allowed in the amount of $1,048.70. Total allowable reimbursement for the depositions is $1,422.20.

Photocopy Charges.

Counsel seeks reimbursement of photocopy charges in the amount of $4.35. This request will be allowed. Regulations, ¶ D.6.

Accordingly,

**IT IS HEREBY ORDERED** that counsel's motion for reimbursement of expenses is **GRANTED** in the amount of One Thousand Four Hundred Twenty-Six Dollars and Fifty-Five Cents ($1,426.55). [Doc. 21]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall promptly disburse the sum of One Thousand Four Hundred Twenty-Six Dollars and Fifty-Five Cents ($1,426.55) from the Attorney Admission Fee Non-Appropriated Fund, payable to:

> Mr. William B. Jones
> McMahon, Berger, Hanna, Linihan, Cody & McCarthy
> 2730 North Ballas Road, Suite 200
> St. Louis, Missouri 63131

The Court wishes to express its sincere appreciation to appointed counsel for their efforts on behalf of plaintiff.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   21st   day of September, 2005.